UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                           :
In Re: CRANE ENTERPRISES LLC,              :
                                           :
                        Debtor,            :
                                           :            25cv9795 (DLC)
-------------------------------------      :
                                           :               ORDER
CRANE, et al.,                             :
                                           :
                           Appellants,     :
                                           :
              -v-                          :
                                           :
CRANE ENTERPRISES LLC,                     :
                                           :
                        Appellee.          :
                                           :
-------------------------------------------X

DENISE COTE, District Judge:

     The above case has been assigned to me for all purposes.

Accordingly, it is hereby

     ORDERED that the appellant shall file its brief within two

weeks after the docketing of notice that the record has been

transmitted or is available electronically.  Any opposition is

due 21 days thereafter.  Any reply brief is due 14 days after

the filing of the opposition.

     IT IS FURTHER ORDERED that at the time any papers are

filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:    New York, New York
          December 1, 2025

_____
        DENISE COTE
United States District Judge