UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X

In Re: CRANE ENTERPRISES LLC, :

                Debtor, :

                              :     25cv6793 (DLC)
-------------------------------------;     25cv9795 (DLC)
                              :     25cv9809 (DLC)

CRANE, et al., :

                              :       ORDER
             Appellants, :

         -v- :

CRANE ENTERPRISES LLC, :

            Appellee. :

---------------------------------------X

DENISE COTE, District Judge:

    Having received appellants' December 2, 2025 motion to consolidate the three above-captioned cases, it is hereby

    ORDERED that the motion to consolidate is granted in part. The two appeals docketed on November 25, 2025, 25cv9795 and 25cv9809, shall be consolidated.  On December 2, the appellants filed, in both appeals, a designation of the bankruptcy record on appeal.  The appellee may file a counter-designation of additional items no later than **December 16, 2025** pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2)(A).  A briefing schedule will issue in the consolidated appeal after the docketing of notice that the record has been transmitted or is available electronically.

IT IS FURTHER ORDERED that the earlier-filed appeal, 25cv6793, shall not be consolidated and its briefing schedule, as set forth in an Order of November 25, 2025, shall remain unchanged.

Dated:  New York, New York
        December 3, 2025

_____
DENISE COTE
United States District Judge