UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
In Re: CRANE ENTERPRISES LLC,             :
                                          :
                              Debtor,     :
                                          :     25cv9795 (DLC)
------------------------------------  :     25cv9809 (DLC)
                                          :
CRANE, et al.,                            :          ORDER
                                          :
                              Appellants, :
                                          :
              -v-                         :
                                          :
CRANE ENTERPRISES LLC,                    :
                                          :
                              Appellee.   :
                                          :
------------------------------------- X

DENISE COTE, District Judge:

On December 2, 2025, the appellants filed, in both of the above-captioned cases, a designation of the bankruptcy record on appeal. An Order of December 3, 2025 noted that the appellee may file a counter-designation of additional items no later than December 16, 2025 pursuant to Federal Rule of Bankruptcy Procedure 8009(a)(2)(A). The Court has not received a counter-designation from the appellee. Accordingly, it is hereby

ORDERED that the bankruptcy clerk shall prepare the record based on appellant's designation and file a notice on the docket when the record of appeal is complete and available electronically.

IT IS FURTHER ORDERED that the appellants shall file their brief within two weeks after the docketing of notice that the record has been transmitted or is available electronically. Any opposition is due 21 days thereafter. Any reply brief is due 14 days after the filing of the opposition.

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail or delivery to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          December 19, 2025

DENISE COTE
United States District Judge