UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                              :

In Re: CRANE ENTERPRISES LLC,      :

               Debtor,     :

                              :     25cv9795 (DLC)
----------------------------------------:    25cv9809 (DLC)
                              :

CRANE, et al.,              :       ORDER

              Appellants,   :

        -v-               :

CRANE ENTERPRISES LLC,       :

              Appellee.    :

                              :
----------------------------------------X

DENISE COTE, District Judge:

    An Order of December 1, 2025 set a schedule for briefing in this matter following the docketing of notice that the record has been transmitted or is available electronically.  On January 27, 2026, the notice that the record is available electronically was docketed.  Accordingly, it is hereby

    ORDERED that appellants shall file their brief by **February 10, 2026.**  The appellee's brief is due **March 3, 2026.**  Any reply is due **March 17, 2026.**

    IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

2

or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:    New York, New York
          January 27, 2026

_____
          DENISE COTE
     United States District Judge