UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

In Re: CRANE ENTERPRISES LLC,

                Debtor,

                      25cv9795 (DLC)

-------------------------------------:   25cv9809 (DLC)

CRANE, et al.,                ORDER

              Appellants,

        -v-

CRANE ENTERPRISES LLC,

              Appellee.

-------------------------------------X

DENISE COTE, District Judge:

An Order of January 27, 2026 set a schedule for briefing in this matter.  On February 5, the parties requested a one-week adjournment of each of the briefing deadlines.  Accordingly, it is hereby

ORDERED that appellants shall file their brief by **February 17, 2026.**  The appellee's brief is due **March 10, 2026.**  Any reply is due **March 24, 2026.**

IT IS FURTHER ORDERED that at the time any papers are filed, the filing party shall supply two courtesy copies by mail

or delivery to the United States Courthouse, 500 Pearl Street,

New York, New York.

Dated:     New York, New York
           February 5, 2026

                                    _____
                                           DENISE COTE
                              United States District Judge

2